UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS     CASE NO.  3:06cr65/MCR

KENNETH STALLWORTH

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   June 20, 2006
Motion/Pleadings:  GOVERNMENT'S MOTION TO DISMISS CRIMINAL INFORMATION
Filed by Govt    on 6/08/2006    Doc.# 6
RESPONSES:
                                    on              Doc.#
                                    on              Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)    Deputy Clerk

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 20th day of June, 2006, that:*

*The relief requested is GRANTED.*

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.